UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-cr-00046-RLY-CSW |
| | ) | |
| CHRISTOPHER KIMMONS, | ) | -02 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendations on USPO

Petition for Action on Conditions of Supervised Release.   The parties were afforded due

opportunity pursuant to statute and the rules of this court to file objection; the parties

waived the objection period.   The court, having considered the Magistrate Judge's Report

and Recommendation, hereby ADOPTS the Magistrate Judge's Report and

Recommendation.

**SO ORDERED** this 16th day of March 2026.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record